

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:JES

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

February 28, 2006

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 6, 2006 ★
BROOKLYN OFFICE**

VIA HAND DELIVERY

The Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East, Room 333
Brooklyn, New York 11201

Re: Hartman v. United States of America
Civil Action CV 00-6107 (E.D.N.Y.)

Dear Magistrate Judge Azrack:

With the consent of plaintiff's counsel, the undersigned respectfully requests that the Court grant the government an extension of time to respond to plaintiff's motion to compel from March 3, 2006 to March 15, 2006. The government makes this initial request for an extension of time because agency counsel, who needs to review the government's response, is out of the office until next week and to allow the undersigned additional time to draft the motion.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: JENNIFER E. SCHANTZ
Assistant United States Attorney
(718) 254-7035/7000

App granted

s/Joan M. Azrack

JMA

3-1-06

cc: Joshua Hill, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064